B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Puerto Rico

**IN RE:**                                                                Case No. <u>14-07030 (MCF)</u>

<u>PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S</u>                       Chapter <u>11</u>
<div style="text-align:center">Debtor(s)</div>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 1,540,000.00 | | |
| B - Personal Property | Yes | 3 | $ 68,224.45 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 1,540,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 4,340.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 1,138,544.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 10,605.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $ 5,880.00 |
| TOTAL | | 20 | $ 1,608,224.45 | $ 2,682,884.87 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/13)

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                          Case No. <u>14-07030 (MCF)</u>

<u>PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S</u>            Chapter <u>11</u>
                        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 4,340.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 4,340.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 10,605.00 |
| Average Expenses (from Schedule J, Line 22) | $ 5,880.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 4,340.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 1,138,544.87 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,138,544.87 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S            Case No. 14-07030 (MCF)
_____                          _____
                    Debtor(s)                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| PARCEL OF LAND WITH A GASOLINE SERVICE STATION WITH 141.75 SQUARE METERS, LOCATED AT NO. 1 LUIS MUÑOZ RIVERA ST, CORNER ANTONIO R. BARCELO ST, MAUNABO. CADASTER #400-066-008-34-001 | Fee Simple | J | 440,000.00 | 1,497,865.07 |
| TWO PARCEL OF LAND OF 4,416.1974 SQUARE METERS AND 2,459.3363 SQUARE METERS, CONSIDERED AS ONE SITE OF APPROXIMATE GROUP AREA OF 6,875.5337 SQUARE METERS, LOCATED IN CARR #3 KM 83.08, BO. CATAÑO, HUMACAO WITH GAS STATION, CONVENIENCE STORE BUILDING, CAR WASH, STORAGE AND OFFICE CADASTER #304-000-010-03-003 | Fee Simple | J | 1,100,000.00 | 1,537,306.43 |
| | | TOTAL | 1,540,000.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE <u>PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S</u>          Case No. <u>14-07030 (MCF)</u>
                             Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | CASH | J | 7,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | ORIENTAL BANK - CHECKING ACCOUNT #0714-00-2590 | J | 1,533.45 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | DEPOSITS UTILITIES - AAA<br>DEPOSITS UTILITIES - AEE | J<br>J | 250.00<br>1,000.00 |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | HOUSEHOLD GOODS AND FURNISHINGS. SEE ATTACHED EXHIBIT A | J | 5,475.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | CLOTHING | J | 500.00 |
| 7.  Furs and jewelry. | | JEWERLY - OMEGA WATCH, WEDDING BAND, SILVER AND OTHER JEWERLY | J | 3,100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | SHARES IN PEREZ PEÑA INC.<br>SHARES IN S Y N INC. | J<br>J | 0.00<br>0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S          Case No. 14-07030 (MCF)
_____                    _____
                        Debtor(s)                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | BMW 328 - YEAR 2009 (MILEAGE 73680) (KBB VALUE) | J | 13,560.00 |
| | | BMW X5 YEAR 2009 (MILEAGE 57,640) (KBB VALUE) | J | 20,872.00 |
| | | FORD F150 - YEAR 2000 (MILEAGE 124,812) (KBB VALUE) | J | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | VEHICLES INSPECTION STATION EQUIPMENT | J | 6,000.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S</u>          Case No. <u>14-07030 (MCF)</u>
Debtor(s)                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | | **INSPECTION STICKERS (80 STICKERS)** | J | 160.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **VALUE OF LEASE CONTRACT TOYOTA COROLLA - YEAR 2009 (MILEAGE 78097)** | J | 6,274.00 |
| | | TOTAL | | 68,224.45 |

<div style="text-align:right">(Include amounts from any continuation sheets attached.<br>Report total also on Summary of Schedules.)</div>

_____<u>0</u> continuation sheets attached

<div style="writing-mode:vertical-rl">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

**CASE:  NOEL PEREZ MARTINEZ & SONIA PENA RIVERA**
**CASE NUMBER: 14-07030 (MCF)**                      **EXHIBIT A**

### HOUSEHOLD GOODS AND FURNISHING

| | |
|---|---:|
| LIVING ROOM FURNITURE | $ 1,000.00 |
| DINING ROOM FURNITURE | 250.00 |
| REFRIGERATOR | 1,500.00 |
| BEDROOM FURNITURE | 1,000.00 |
| STOVE | 400.00 |
| MICROWAVE | 150.00 |
| FREEZER | 150.00 |
| TELEVISION | 300.00 |
| LAWNMOWER | 75.00 |
| TRIMMER | 100.00 |
| TOOLS | 100.00 |
| WASHER/DRYER MACHINE COMBO | 200.00 |
| VACUUM CLEANER | 250.00 |
| **TOTAL** | $ 5,475.00 |

B6C (Official Form 6C) (04/13)

IN RE PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S                    Case No. 14-07030 (MCF)
_____                        _____
                    Debtor(s)                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **HOUSEHOLD GOODS AND FURNISHINGS. SEE ATTACHED EXHIBIT A** | 11 USC § 522(d)(3) | 5,475.00 | 5,475.00 |
| **CLOTHING** | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| **JEWERLY - OMEGA WATCH, WEDDING BAND, SILVER AND OTHER JEWERLY** | 11 USC § 522(d)(4) | 3,100.00 | 3,100.00 |
| **BMW 328 - YEAR 2009 (MILEAGE 73680) (KBB VALUE)** | 11 USC § 522(d)(2) 11 USC § 522(d)(5) 11 USC § 522(d)(5) | 7,350.00 2,450.00 3,760.00 | 13,560.00 |
| **FORD F150 - YEAR 2000 (MILEAGE 124,812) (KBB VALUE)** | 11 USC § 522(d)(5) | 2,500.00 | 2,500.00 |
| **VEHICLES INSPECTION STATION EQUIPMENT** | 11 USC § 522(d)(6) 11 USC § 522(d)(5) | 4,600.00 1,400.00 | 6,000.00 |
| **INSPECTION STICKERS (80 STICKERS)** | 11 USC § 522(d)(5) | 160.00 | 160.00 |
| **VALUE OF LEASE CONTRACT TOYOTA COROLLA - YEAR 2009 (MILEAGE 78097)** | 11 USC § 522(d)(5) | 6,274.00 | 6,274.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE **PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S**                        Case No. **14-07030 (MCF)**
_____
Debtor(s)                                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **400-066-008-34-001**<br>**CRIM**<br>**P.O. BOX 195387**<br>**SAN JUAN, PR 00919-5387** | | J | **REAL PROPERTY TAX PAYMENT PLAN #7757717**<br><br>VALUE $ **2,693.57** | | | | 2,693.57 | |
| ACCOUNT NO. **304-000-010-03-003**<br>**CRIM**<br>**P.O. BOX 195387**<br>**SAN JUAN, PR 00919-5387** | | J | **REAL PROPERTY TAX PLAN PAYMENT #7757675**<br><br>VALUE $ **42,134.93** | | | | 42,134.93 | |
| ACCOUNT NO. **11399168801/9010/12/14/15**<br>**PR ASSET PORTFOLIO 2013-1 INTL, LLC**<br>**270 MUÑOZ RIVERA AVE. SUITE 302**<br>**SAN JUAN, PR 00918** | X | J | **CONSOLIDATED COMMERCIAL LOAN PRINCIPAL $1,431,962.15**<br>**INTERESTS - $63,209.35**<br><br>**SECURED BY PARCEL OF LAND WITH A GAS** | | | | 1,495,171.50 | |
| ACCOUNT NO. | | | **STATION IN MAUNABO AND TWO PARCEL OF LAND WITH GAS STATION IN HUMACAO**<br><br>VALUE $ **1,540,000.00** | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ 1,540,000.00 | $ |
| Total (Use only on last page) | $ 1,540,000.00 | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

IN RE **PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S**    Case No. **14-07030 (MCF)**
_____
Debtor(s)                                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S _____ Case No. 14-07030 (MCF)
  Debtor(s)                                                                                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 997623140610002200<br>SALLIE MAE SERVICING CORPORATION<br>P.O. BOX 9500<br>WILKES-BARRE, PA  18773-9500 | | J | STUDENT LOAN ORIGINATED FEB 16, 2006 | | | | 1,938.00 | 1,938.00 | |
| ACCOUNT NO. 997623140610001200<br>SALLIE MAE SERVICING CORPORATION<br>P.O. BOX 9500<br>WILKES-BARRE, PA  18773-9500 | | J | STUDENT LOAN ORIGINATED JUL 7, 2005 | | | | 2,402.00 | 2,402.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ 4,340.00 | $ 4,340.00 | $ |
|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | Total | $ 4,340.00 | | |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | Total | | $ 4,340.00 | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S**     Case No. **14-07030 (MCF)**

Debtor(s)             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3726-519195-11014**<br><br>**AMERICAN EXPRESS**<br>**P.O. BOX 12354**<br>**ATLANTA, GA 30355-2354** | | W | CREDIT CARD | | | | **2,000.00** |
| ACCOUNT NO. **3726-519195-11006**<br><br>**AMERICAN EXPRESS**<br>**P.O. BOX 12354**<br>**ATLANTA, GA 30355-2354** | | H | CREDIT CARD | | | | **1,500.00** |
| ACCOUNT NO.<br><br>**ANIBAL DAVILA**<br>**CALLE BALDORIOTY NUM 31**<br>**YABUCOA, PR 00767** | | J | 2003-2004 MAUNABO GAS STATION ADQUISITION | | | | **25,000.00** |
| ACCOUNT NO. **XXXXX0193**<br><br>**BMW FINANCIAL SERVICES**<br>**C/O ASCENCIO CAPITAL GROUP**<br>**P.O. BOX 201347**<br>**ARLINGTON, TX 76006** | | J | MOTOR VEHICLE RETAIL INSTALLMENT ORIGINATED JUN 2014 PRINCIPAL $12,465.70 | | | | **12,465.70** |

**3** continuation sheets attached

Subtotal (Total of this page)   $ **40,965.70**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S</u>                    Case No. <u>14-07030 (MCF)</u>
Debtor(s)                                                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CITIFINANCIAL**<br>**P.O. BOX 71328**<br>**SAN JUAN, PR  00936-8428** | | J | PERSONAL LOAN ORIGINATED DEC 2008 | | | | 1,080.00 |
| ACCOUNT NO.<br>**DSNB**<br>**DEPARTMENT STORES NATIONAL BANK**<br>**701 EAST 60TH ST**<br>**SIOUX FALLS, SD  57104** | | J | MACYS CREDIT CARD | | | | 708.00 |
| ACCOUNT NO. **5222-1310-2107-4590**<br>**FIRST BANK**<br>**P.O. BOX 84028**<br>**COLUMBUS, GA  31908-4028** | | J | CREDIT CARD | | | | 8,466.00 |
| ACCOUNT NO. **5222-1310-5048-0791**<br>**FIRST BANK**<br>**P.O. BOX 84028**<br>**COLUMBUS, GA  31908-4028** | | H | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. **XX-1827 AND XX-6153**<br>**INTERNAL REVENUE SERVICE**<br>**P.O. BOX 7346**<br>**PHILADELPHIA, PA  19101-7346** | | J | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. **66-0755135**<br>**INTERNAL REVENUE SERVICE**<br>**P.O. BOX 7346**<br>**PHILADELPHIA, PA  19101-7346** | | J | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. **XX-1827 AND XX-6153**<br>**MUNICIPALITY OF HUMACAO**<br>**CENTRO GOBIERNO MUNICIPAL - OFF FINANZAS**<br>**P.O. BOX 178**<br>**HUMACAO, PR  00792** | | J | NOTICE ONLY | | | | 0.00 |

Sheet no. _____ **1** of _____ **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 10,254.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S                  Case No. 14-07030 (MCF)
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 66-0755135<br><br>MUNICIPALITY OF HUMACAO<br>CENTRO GOBIERNO MUNICIPAL - OFF FINANZAS<br>P.O. BOX 178<br>HUMACAO, PR  00792 | | J | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 5592335287<br><br>ORIENTAL BANK<br>P.O. BOX 192099<br>SAN JUAN, PR  00919 | | J | CAR LEASE PAYMENT FOR AUG 2014 | | | | 412.67 |
| ACCOUNT NO. UNIT 64<br><br>PALMAS REALES HOMEOWNERS ASSOCIATION, IN<br>C/O JOSE R. GONZALEZ RIVERA<br>P.O. BOX 10242<br>HUMACAO, PR  00792 | | J | HOMEOWNERS ASSOCIATION MONTHLY FEE | | | | 7,044.95 |
| ACCOUNT NO. 11399168801/9010/12/14/15<br><br>PR ASSET PORTFOLIO 2013-1 INTL, LLC<br>270 MUÑOZ RIVERA AVE. SUITE 302<br>SAN JUAN, PR  00918 | X | J | UNSECURED PORTION OF CONSOLIDATED COMMERCIAL LOAN | | | | 760,325.95 |
| ACCOUNT NO. 66-0755135<br><br>PR DEPARTMENT OF LABOR<br>505 LUIS MUÑOZ RIVERA AVE. - 12TH FLOOR<br>SAN JUAN, PR  00918 | | J | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. XX-1827 AND XX-6153<br><br>PR DEPT OF TREASURY<br>BANKRUPTCY DIVISION - OFFICE 424-B<br>P.O. BOX 924140<br>SAN JUAN, PR  00902-4140 | | J | INCOME TAXES FOR YEARS 2002, 2006 AND 2007<br>PRINCIPAL - $176,500.88<br>INTEREST - $112,135.43<br>PENALTIES & SURCHARGES - $17,837.15 | | | | 306,473.46 |
| ACCOUNT NO. XX-1827 AND XX-6153<br><br>PR DEPT OF TREASURY<br>BANKRUPTCY DIVISION - OFFICE 424-B<br>P.O. BOX 924140<br>SAN JUAN, PR  00902-4140 | | J | SPECIAL REAL PROPERTY TAX | | | | 4,884.18 |

Sheet no. __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 1,079,141.21

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S             Case No. 14-07030 (MCF)
_____
                    Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 66-0755135 <br><br> **PR DEPT OF TREASURY** <br> **BANKRUPTCY DIVISION - OFFICE 424-B** <br> **P.O. BOX 924140** <br> **SAN JUAN, PR  00902-4140** | | J | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. 02-240-003810 <br><br> **PROGRESSIVE FINANCE & INVESTMENT CORP.** <br> **C/O VIVONI LAW OFFICE, LLC** <br> **400 CALAF ST, BOX 145** <br> **HATO REY, PR  00918** | | J | INSURANCE POLICY | | | | 4,145.19 |
| ACCOUNT NO. 5049 9485 2934 5128 <br><br> **SEARS CREDIT CARDS** <br> **P.O. BOX 6286** <br> **SIOUX FALLS, SD  57117-6286** | | J | CREDIT CARD BALANCE AS OF AUG 12, 2014 | | | | 4,038.77 |
| ACCOUNT NO. 66-0755135 <br><br> **STATE INSURANCE FUND CORPORATION** <br> **P.O. BOX 364548** <br> **SAN JUAN, PR  00936-5028** | | J | NOTICE ONLY | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,183.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data ) $ **1,138,544.87**

© 1993-2013 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S          Case No. 14-07030 (MCF)
<div style="text-align:center">Debtor(s)                                                                                                                    (If known)</div>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **ORIENTAL BANK**<br>**P.O. BOX 192099**<br>**SAN JUAN, PR  00919** | **CAR LEASE (LESSEE)** |
| **CRISTIAN COLON**<br>**RAMOS ANTONINI ST #49**<br>**YABUCOA, PR  00767** | **LEASE COMMERCIAL PROPERTY LOCATED IN NOEL SERVICE STATION AT BO. CATANO, HUMACAO (LESSOR)** |
| **ISARDO VELAZQUEZ RODRIGUEZ**<br>**URB VILLA ALEGRE #17**<br>**MAUNABO, PR  00707** | **LEASE MAUNABO GAS STATION (LESSOR)** |
| **CIARY PEREZ PENA**<br>**OPALO ST #27**<br>**MANSIONES DEL CARIBE**<br>**HUMACAO, PR  00791** | **LEASE NONCOMMERCIAL PROPERTY AT URB PASEO DE LOS ARTESANOS, LAS PIEDRAS (LESSEE)** |
| **WILFREDO JUARBE SALDANA**<br>**P.O. BOX 3001**<br>**CAGUAS, PR  00726-3001** | **LEASE OF PARCEL FOR GASOLINE STATION WITH CONVENIENCE STORE AT BO. CATANO, HUMACAO (LESSOR)** |

<div style="writing-mode:vertical-rl">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

B6H (Official Form 6H) (12/07)

IN RE <u>PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S</u>    Case No. <u>14-07030 (MCF)</u>
                 Debtor(s)                                           (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **S Y N, INC.** | **PR ASSET PORTFOLIO 2013-1 INTL, LLC**<br>**270 MUÑOZ RIVERA AVE. SUITE 302**<br>**SAN JUAN, PR  00918**<br><br>**PR ASSET PORTFOLIO 2013-1 INTL, LLC**<br>**270 MUÑOZ RIVERA AVE. SUITE 302**<br>**SAN JUAN, PR  00918** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1  **NOEL A. PEREZ MARTINEZ**
First Name            Middle Name            Last Name

Debtor 2  **SONIA S PEÑA RIVERA**
(Spouse, if filing) First Name            Middle Name            Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number  **14-07030 (MCF)**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☐ Employed  ☑ Not employed | ☐ Employed  ☑ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____  Number   Street | _____  Number   Street |
|  | _____ | _____ |
|  | _____  City          State   ZIP Code | _____  City          State   ZIP Code |
| **How long employed there?** | _____ | _____ |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ ____0.00 | $ ____0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3.  + $ ____0.00 | + $ ____0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $ ____0.00 | $ ____0.00 |

Debtor 1    __NOEL A. PEREZ MARTINEZ__         Case number *(if known)* __14-07030 (MCF)__
First Name    Middle Name    Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.................................................➔ | 4. | $ 0.00 | $ 0.00 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 8,725.00    $ 0.00

8b. **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d. **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e. **Social Security**    8e.    $ 1,880.00    $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ 0.00

8g. **Pension or retirement income**    8g.    $ 0.00    $ 0.00

8h. **Other monthly income.** Specify: _____    8h.    + $ 0.00    + $ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ 10,605.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 10,605.00  +   $ 0.00  =   $ 10,605.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.  + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies    12.    $ 10,605.00
Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:    None

**Fill in this information to identify your case:**

Debtor 1    **NOEL A. PEREZ MARTINEZ**
     First Name      Middle Name      Last Name

Debtor 2    **SONIA S PEÑA RIVERA**
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number    **14-07030 (MCF)**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
     expenses as of the following date:
     _____
     MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
     maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

     ☐ No.   Go to line 2.

     ☑ Yes. **Does Debtor 2 live in a separate household?**

         ☑ No

         ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

     Do not list Debtor 1 and
     Debtor 2.

     Do not state the dependents'
     names.

     ☑ No

     ☐ Yes. Fill out this information for
         each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

     ☑ No
     ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

                                                      **Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4.   $ _____1,300.00_____

     If not included in line 4:

     4a.   Real estate taxes      4a.   $ _____0.00_____

     4b.   Property, homeowner's, or renter's insurance      4b.   $ _____0.00_____

     4c.   Home maintenance, repair, and upkeep expenses      4c.   $ _____180.00_____

     4d.   Homeowner's association or condominium dues      4d.   $ _____145.00_____

Debtor 1    **NOEL A. PEREZ MARTINEZ**      Case number *(if known)* **14-07030 (MCF)**
First Name    Middle Name    Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 470.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 210.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 295.00 |
| 6d. | Other. Specify: **See Schedule Attached** | 6d. | $ 45.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 1,200.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| 10. | **Personal care products and services** | 10. | $ 80.00 |
| 11. | **Medical and dental expenses** | 11. | $ 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 700.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 0.00 |
| 15b. | Health insurance | 15b. | $ 445.00 |
| 15c. | Vehicle insurance | 15c. | $ 0.00 |
| 15d. | Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **See Schedule Attached** | 16. | $ 90.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. | Other. Specify: | 17c. | $ 0.00 |
| 17d. | Other. Specify: | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 6I). | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| 20a. | Mortgages on other property | 20a. | $ 0.00 |
| 20b. | Real estate taxes | 20b. | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    **NOEL A. PEREZ MARTINEZ** _____     Case number *(if known)* **14-07030 (MCF)** _____
First Name      Middle Name      Last Name

21.   **Other**. Specify: __See Schedule Attached__                                      21.   +$ _____320.00_____

22.   **Your monthly expenses.** Add lines 4 through 21.
       The result is your monthly expenses.                                               22.   $ _____5,880.00_____

23.   **Calculate your monthly net income.**

       23a.   Copy line 12 (*your combined monthly income*) from *Schedule I.*            23a.   $ _____10,605.00_____

       23b.   Copy your monthly expenses from line 22 above.                              23b.   − $ _____5,880.00_____

       23c.   Subtract your monthly expenses from your monthly income.
               The result is your *monthly net income.*                                    23c.   $ _____4,725.00_____

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

       For example, do you expect to finish paying for your car loan within the year or do you expect your
       mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

       ☑ No.
       ☐ Yes.     **None**

IN RE <u>PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S</u>          Case No. <u>14-07030 (MCF)</u>
<div align="center">Debtor(s)</div>

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Continuation Sheet - Page 1 of 1**

Other Utilities (DEBTOR)
**ALARM**                                                                        45.00
                                                                                  0.00

Taxes (DEBTOR)
**MUNICIPAL LICENSES**                                                           40.00
**WORKER'S COMPENSATION**                                                        50.00
                                                                                  0.00

Other Expenses (DEBTOR)
**HOUSEKEEPER**                                                                 320.00
                                                                                  0.00

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **PEREZ MARTINEZ, NOEL A. & PEÑA RIVERA, SONIA S**                Case No. **14-07030 (MCF)**
_____
Debtor(s)                                                                                                          (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **22** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October  1, 2014**               Signature: _Noel A. Perez Martinez_
                                                        **NOEL A. PEREZ MARTINEZ**                                                Debtor

Date: **October  1, 2014**               Signature: _Sonia S. de Peña_
                                                        **SONIA S PEÑA RIVERA**                                                (Joint Debtor, if any)
                                                                                                [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                                _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer                Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____                                _____
Signature of Bankruptcy Petition Preparer                                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____               Signature: _____

                                                                        _____
                                                                        (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only