# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: NOEL ANGEL PEREZ MARTINEZ AND SONIA SOCORRO PEÑA RIVERA | } } } } } } | CASE NUMBER: 14-07030 (MCF) |
| | | JUDGE MILDRED CABAN FLORES |
| DEBTORS | | CHAPTER 11 |

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM  August 28, 2014  TO  September 30, 2014

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____

/s/ Jose A. Landrau, Esq.
Attorney for Debtor

Debtor's Address
and Phone Number:
NOEL ANGEL PEREZ MARTINEZ
SONIA SOCORRO PEÑA RIVERA
Calle Guayacán #61
Mansiones de los Artesanos
Las Piedras, PR 00771
Tel. 787-448-2509

Attorney's Address
and Phone Number:
JOSE A LEON LANDRAU, ESQ
PO Box 1687
Caguas, PR
Bar No. 131506
Tel. 787-746-7979

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: NOEL ANGEL PEREZ MARTINEZ AND SONIA SOCORRO PEÑA RIVERA
Case Number: 14-07030 (MCF)

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month<br>Aug 28 - Sept 30, 2014 | Cumulative<br>Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $ 8,533.45 | $ 8,533.45 |
| CASH- Beginning of Month (Business) | - | - |
|  |  |  |
| Total Household Receipts | $ 10,614.10 | $ 10,614.10 |
| Total Business Receipts | - | - |
| Total Receipts | $ 10,614.10 | $ 10,614.10 |
|  |  |  |
| Total Household Disbursements | $ 8,673.29 | $ 8,673.29 |
| Total Business Disbursements | - | - |
| Total Disbursements | $ 8,673.29 | $ 8,673.29 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $ 1,940.81 | $ 1,940.81 |
|  |  |  |
| CASH- End of Month (Individual) | $ 10,474.26 | $ 10,474.26 |
| CASH- End of Month (Business) | $ - | $ - |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | $ 8,673.29 | $ 8,673.29 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | - | - |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $ 8,673.29 | $ 8,673.29 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 20th day of November 2014.

_[signatures]_
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>Aug 28 - Sept 30, 2014 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | $ 8,533.45 | $ 8,533.45 |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $ - | $ - |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | - |
| Alimony or Child Support | | - |
| Social Security/Pension/Retirement | 1,889.00 | 1,889.00 |
| Sale of Household Assets (attach list to this report) | | - |
| Loans/Borrowing from Outside Sources (attach list to this report) | | - |
| Other (specify) (attach list to this report) | | - |
| Rental income | 8,725.00 | 8,725.00 |
| Interest income | 0.10 | 0.10 |
| | | - |
| **TOTAL RECEIPTS** | $ 10,614.10 | $ 10,614.10 |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | $ - | $ - |
| Charitable Contributions | - | - |
| Gifts | - | - |
| Household Expenses/Food/Clothing | - | - |
| Household Repairs & Maintenance | - | - |
| Insurance | 19.90 | 19.90 |
| IRA Contribution | - | - |
| Lease/Rent Payments | 1,255.77 | 1,255.77 |
| Medical/Dental Payments | - | - |
| Mortgage Payment(s) | - | - |
| Other Secured Payments | 5,500.00 | 5,500.00 |
| Taxes - Personal Property | - | - |
| Taxes - Real Estate | 587.02 | 587.02 |
| Taxes Other (attach schedule) | - | - |
| Travel & Entertainment | - | - |
| Tuition/Education | - | - |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 750.60 | 750.60 |
| Vehicle Expenses | - | - |
| Vehicle Secured Payment(s) | - | - |
| U. S. Trustee Quarterly Fees | - | - |
| Professional Fees (Legal, Accounting) | - | - |
| Other (attach schedule) | - | - |
| Security | 270.00 | 270.00 |
| Homeowner's Association | 290.00 | 290.00 |
| **Total Household Disbursements** | $ 8,673.29 | $ 8,673.29 |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $ 10,474.26 | $ 10,474.26 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>Aug 28 - Sept 30, 2014 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month |  |  |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **Total Business Receipts** |  |  |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  |  |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) |  |  |
| Utilities (Business) |  |  |
| Insurance |  |  |
| Vehicle Expenses |  |  |
| Travel & Entertainment |  |  |
| Repairs and Maintenance |  |  |
| Supplies |  |  |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |
| Bank Charges |  |  |
| Other (attach schedule) |  |  |
|  |  |  |
| **Total Business Disbursements** |  |  |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) |  |  |

Monthly Operating Report - Individual

NOEL A. PEREZ MARTINEZ AND SONIA S. PEÑA RIVERA

Rent Roll
As of September 30, 2014

|  | Tenant Name | Address | Monthly Rent |
|---|---|---|---|
| 1 | Isardo Velazquez Rodriguez | Gasoline Station in Maunabo | $2,675.00 |
| 2 | Cristian Colon | Commercial property located in Noel Service Station premises at Bo. Catano, Humacao | 700.00 |
| 3 | Wilfredo Juarbe Saldana | Parcel for Gasoline Station with convenience store at Bo. Catano, Humacao | 5,000.00 |
| 4 | Christian Perez Peña | Inspection Station in Total Gas Station, Bo. Cataño, Humacao | 350.00 |
|  | TOTALES |  | **$8,725.00** |

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | X | |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | |
| 2. Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

# ANSWER TO QUESTIONNAIRE

Case Name: NOEL PEREZ MARTINEZ & SONIA PENA RIVERA
Case Number: 14-07030 (MCF)

4. Have any payments been made on pre-petition liabilities this reporting period?

    Yes.

| Check | Date | Payee | Amount | |
|---|---|---|---|---|
| 2955 | 9/30/14 | CRIM | $ 587.02 | Payment plan real estate taxes |
| | | | $ 587.02 | |

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | |
|---|---|---|---|
| Name of Bank: | ORIENTAL BANK | CASH | |
| Account Number: | 714002590 | | |
| Purpose of Account (Business/Personal) | Pre-Petition | | |
| Type of Account (e.g. checking) | Checking | | |
| 1. Balance per Bank Statement | $ 1,389.86 | | |
| 2. ADD: Deposits not credited (attach list to this report) | - | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | - | | |
| 4. Other Reconciling Items (attach list to this report) | - | | |
| 5. Month End Balance (Must Agree with Books) | $ 1,389.86 | 9084.4 | |
| TOTAL OF ALL ACCOUNTS | | | $ 10,474.26 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**Bank Reconciliation - Operating**

**NOEL PEREZ MARTINEZ**
**ORIENTAL BANK #0714002590**

**Date:** 30-Sep-14

| | | | | Outstanding Checks | | | |
|---|---|---|---|---|---|---|---|
| General Ledger Account Balance | | | $ 1,533.45 | CK # | Amount | Date | Payee |
| Add Credits: | | | | | | | |
| Deposits | $ | 2,089.10 | | | | | |
| Tranfer | | - | | | | | |
| Check Reversal | | - | | | | | |
| TOTAL CR. | | 2,089.10 | 2,089.10 | | | | |
| **TOTAL** | | | 3,622.55 | | | | |
| Less Debits: | | | | | | | |
| Disbursements | $ | 2,232.69 | | | | | |
| Bank Charges | | - | | | | | |
| Payroll Fees | | | | | | | |
| Finance Charges | | | | | | | |
| ZBA Debit Transfer | | | | | | | |
| Adjustment | | - | | | | | |
| **Deposit Item Return** | | | | | | | |
| TOTAL DR. | | | 2,232.69 | | | | |
| **Bank Balance - PER General Ledger Account** | | | $ 1,389.86 | | | | |
| Balance Per Bank Statement 30-Sep-14 | | | $ 1,389.86 | | | | |
| Add Deposits in Transit: | | | | | | | |
| Total in Transit | | 0.00 | - | | | | |
| Less Checks Outstanding: | | | | | | | |
| (See List) | | 0.00 | | | | | |
| TOTAL | | 0.00 | - | | | | |
| **Bank Balance- Per Reconciliation** | | | $ 1,389.86 | | | | |
| | | | | | TOTAL | $ | - |
| **Difference:** | | | $ - | | | | |



P.O. Box 195115
San Juan, PR 00919-5115

Ultimo estado de cuenta: August 31, 2014
Estado de cuenta correspondiente a: September 30, 2014
Dias en este ciclo: 30

Pagina 1 de 2
0714002590
( 4 )

878 MQ  4
NOEL PEREZ MARTINEZ Y/O
SONIA PENA RIVERA Y/O
CIARY PEREZ PENA
URB MANSIONES DE LOS ARTESANOS
61 CALLE GUAYACAN
LAS PIEDRAS PR 00771-9029

Para asistencia llame a:
Servicio al Cliente, 1-800-981-5554

Oriental Bank
997 San Roberto St
San Juan PR 00926

**Progresa**

| | | | |
|---|---|---|---|
| Numero de cuenta | 0714002590 | Balance inicial | $1,533.45 |
| Anejos | 4 | Total de creditos | 2,089.10 |
| Balance mas bajo | $87.78 | Total de debitos | 2,232.69 |
| Balance promedio | $1,285.34 | Balance final | $ 1,389.86 |
| Intereses pagados YTD | $1.61 | | |

**CHEQUES**

| Numero | Fecha | Cantidad | Numero | Fecha | Cantidad |
|---|---|---|---|---|---|
| 2952 | 09-17 | 290.00 | 2954 | 09-17 | 1,255.77 |
| 2953 | 09-17 | 80.00 | 2955 | 09-30 | 587.02 |

**DEBITOS**

| Fecha | Descripcion | Debitos |
|---|---|---|
| 09-15 | ' Debito Pre-Autorizado  Chartis Insuranc Payment 140915  OFSTEL000000995 | 19.90 |

**CREDITOS**

| Fecha | Descripcion | Creditos |
|---|---|---|
| 09-16 | ' Deposit | 200.00 |
| 09-24 | ' Preauthorized Credit  SSA TREAS 310 XXSOC SEC 140924 | 1,889.00 |
| 09-30 | ' Credito De Interes | 0.10 |

**BALANCE DIARIO**

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|---|---|
| 08-31 | 1,533.45 | 09-16 | 1,713.55 | 09-24 | 1,976.78 |
| 09-15 | 1,513.55 | 09-17 | 87.78 | 09-30 | 1,389.86 |

**INFORMACION DE INTERESES**

Tasa de rendimiento annual     0.09%
Dias en el ciclo     30
Interes devengado    $0.10

Account: 714002590
Period: 9/1/2014 TO 9/30/2014
Page 4

| Check | Date | Amount |
|---|---|---|
| 2952 | 9/17/2014 | $290.00 |
| 2953 | 9/17/2014 | $80.00 |
| 2954 | 9/17/2014 | $1,255.77 |
| 2955 | 9/30/2014 | $587.02 |

20923 - 53857

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | ORIENTAL BANK |
|---|---|
| Account Number | 714002590 |
| Purpose of Account (Personal) | PRE-PETITION ACCOUNT |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 2952 | 9/10/2014 | Asoc. Residentes Mans. de los Artesanos | Homeowners Association | $ 290.00 |
| 2953 | 9/11/2014 | Monitronics | Alarm system | 80.00 |
| 2954 | 9/15/2014 | First Bank (Ciary Perez Pena) | House rent | 1,255.77 |
| Debit | 9/19/2014 | Chartis Insurance | Insurance | 19.90 |
| 2955 | 9/30/2014 | CRIM | Pre-petion plan payment real estate taxes | 587.02 |
| | | | TOTAL | $ 2,232.69 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**NOEL PEREZ MARTINEZ & SONIA PENA RIVERA**  **CASE #14-07030 (MCF)**

**CASH RECONCILIATION - SEPTEMBER 2014**

| | |
|---|---:|
| Beginning balance | $ 7,000.00 |
| Plus addition during the month | 8,725.00 |
| Less disbursements during the month | (6,640.60) |
| Cash ending balance | $ 9,084.40 |

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Business) | CASH |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| CASH | | CPG | Secured loan | $ 5,500.00 |
| CASH | | AEE | Utilities - Electricity | 550.00 |
| CASH | | AAA | Utilities - Water | 200.60 |
| CASH | | Adcon Corp | Alarm system | 145.00 |
| CASH | | Monitronics | Alarm system | 45.00 |
| CASH | | Noel Perez | Deposit in Oriental Bank Account | 200.00 |
| | | | TOTAL | $ 6,640.60 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| MONTHLY OPERATING REPORT - INDIVIDUAL | | | ATTACHMENT NO. 4 |

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | NONE | NONE |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.
\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| Accounts Payable Beginning Balance* | NONE | NONE | NONE |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |