IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 14-07030 MCF

NOEL ANGEL PEREZ MARTINEZ

Chapter 11

SONIA SOCORRO PENA RIVERA

XXX-XX-1827

XXX-XX-6153

**FILED & ENTERED ON 8/19/2016**

Debtor(s)

## FINAL DECREE

The Plan under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on 8/03/2015, and the Court having entered an Order Confirming Plan on 9/25/2015, and the time for appeal having elapsed with no appeal or notice of appeal having been filed; and Notice of Entry for Final Decree and Order declaring the Plan to have been substantially consummated having been given to those entitled to such notice; and it having been determined by the Court, based upon the whole record herein that:

1. The transfer or other disposition of all or substantially all of the property dealt with by the Plan pursuant to the provisions of the Plan has occurred;

2. The Debtor or the Successor to the Debtor has assumed the operation of the business and management of all or substantially all of the property dealt with by the Plan;

3. The deposit required by the plan has been distributed;

4. The payments under the plan have commenced;

5. All contested matters and adversary proceedings have been resolved; and

6. The estate of the debtor has been fully administered.

**IT IS ORDERED THAT:**

1. The Plan has been substantially consummated; and

2. The Estate is hereby closed without entry of a discharge order in this individual Chapter 11 debtor case.

3. The case may be reopened to enter a discharge order, upon payment of the reopening fees and the filing of evidence showing that all payments under the confirmed plan have been made.

San Juan, Puerto Rico, this 19 day of August, 2016

*Mildred Cabán*

**Mildred Caban Flores**
**U.S. Bankruptcy Judge**